McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-MC-00143-KJM-DB |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $10,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Tiffany Brox ("claimant"), by and through their respective counsel, and Therese Valmore ("claimant"), appearing *in propria persona*, as follows:

1.    On or about June 25, 2018, claimant Tiffany Brox filed a claim in the administrative forfeiture proceeding with the U.S. Postal Inspection Service with respect to the Approximately $10,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on April 11, 2018. Therese Valmore filed a claim in the administrative forfeiture proceeding with the U.S. Postal Inspection Service with respect to the defendant currency on July 23, 2018.

2.    The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E). No other claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. The deadline for Tiffany Brox's claim was September 23, 2018. The deadline for Therese Valmore's claim is October 21, 2018.

4.      By Stipulation and Order lodged September 21, 2018, the United States and Tiffany Brox stipulated to extend to October 21, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By *Amended* Stipulation and Order lodged October 3, 2018, the parties stipulated to extend to October 21, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to December 20, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

///

///

///

///

///

///

///

///

///

Stipulation and Order to Extend Time

7.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to December 20, 2018.

Dated: 10/19/18                          McGREGOR W. SCOTT
                                         United States Attorney

                              By:      /s/ Kevin C. Khasigian
                                       KEVIN C. KHASIGIAN
                                       Assistant U.S. Attorney


Dated: 10/18/18                        /s/ Jacek W. Lentz
                                       JACEK W. LENTZ
                                       Attorney for potential claimant
                                       Tiffany Brox
                                       (Signature authorized by email)


Dated: 10/18/18                        /s/ Therese Valmore
                                       THERESE VALMORE
                                       Potential Claimant
                                       Appearing *in propria persona*
                                       (Signature authorized by phone)


**IT IS SO ORDERED**.

Dated: 10/24/18

                                       _____
                                       UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time